# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 13–cv–03340–MSK–KMT

GARY BERNSTEIN

    Plaintiff,

v.

THE KEYSTONE NEIGHBOURHOOD
COMPANY; and RED HAWK LODGE
CONDOMINIUM ASSOCIATION, INC.

    Defendants.

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that the plaintiff, Gary Bernstein, recover from the defendants, Keystone Neighbourhood Company and Red Hawk Lodge Condominium Association, Inc., jointly and severally, the amount of twenty six thousand nine hundred fifty two dollars and twenty three cents ($26,952.23), which includes simple prejudgment interest at the rate of 9.0% per annum from the date the action accrued until the date of filing, plus prejudgment interest compounded annually at the rate of 9.0% per annum from the date the action was filed until the judgment is satisfied. No party is awarded or is seeking costs.

This action was tried by a jury with Chief Judge Marcia S. Krieger presiding, and the jury rendered a verdict on March 29, 2016.

Date:   April 5, 2016                      *CLERK OF COURT*

                                                                  s/ Patricia Glover, Deputy Clerk
                                                                  *Signature of Clerk or Deputy Clerk*